# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Stewart, Daniel J. | 2. Court or Organization<br><br>United States District Court, Northern District of New York | 3. Date of Report<br><br>05/14/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - Full Term | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

United States District Court, Northern District of New York
James T Foley US Courthouse
445 Broadway
Albany, NY 12207

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 - Manning & Napier |
| 2. | Adjunct Faculty Member | Albany Law School |
| 3. | Vice President | Bedford Close Homeowners Association |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SEFCU | A | Int./Div. | J | T | | | | | |
| 2. 1/4 Interest in Property - Jay, NY Assessed at $65,000 | | None | L | S | | | | | |
| 3. American Bar Association IRA, 2020 Retirement Date Fund | C | Int./Div. | | | Distributed | 11/15/17 | K | | |
| 4. Hickory Hill Ski Center, Inc Stock | | None | J | U | | | | | |
| 5. Next Gen 529 College Savings Plan of Maine, Blackrock age 14-16 | | None | J | T | Distributed (part) | 09/15/17 | J | | |
| 6. Manning and Napier, IRA, Pro Blend Extended Term Series S | E | Dividend | O | T | | | | | |
| 7. Trust #1 - Manning & Napier (H) | | | | | | | | | |
| 8. -EXETER TRUST COMPANY CASH AND CASH EQUIVALENTS | A | Dividend | J | T | | | | | |
| 9. -ALCOA CORPORATION | | None | | | Sold | 01/24/17 | J | B | |
| 10. -ALEXION PHARMACEUTICALS INC | | None | | | Sold (part) | 04/11/17 | J | | |
| 11. | | | | | Sold | 04/27/17 | J | | |
| 12. -ALPHABET INC CL A | | None | J | T | Sold (part) | 11/07/17 | J | B | |
| 13. -ALPHABET INC CL C | | None | J | T | Sold (part) | 11/07/17 | J | C | |
| 14. -AMAZON.COM INC | | None | J | T | Sold (part) | 01/31/17 | J | B | |
| 15. | | | | | Sold (part) | 11/07/17 | J | B | |
| 16. -AMBEV SA ADR | A | Dividend | J | T | Buy (add'l) | 05/10/17 | J | | |
| 17. -ANHEUSER BUSCH INBEV SA/NV | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -APPLE INC | A | Dividend | | | Sold (part) | 01/06/17 | J | A | |
| 19. | | | | | Sold (part) | 04/04/17 | J | A | |
| 20. | | | | | Sold | 05/23/17 | J | B | |
| 21. -ARCONIC INC | A | Dividend | J | T | Sold (part) | 11/07/17 | J | A | |
| 22. -ASHLAND GLOBAL HOLDINGS INC | A | Dividend | J | T | Sold (part) | 04/20/17 | J | B | |
| 23. | | | | | Buy (add'l) | 05/24/17 | J | | |
| 24. -ANTOFAGASTA PLC | A | Dividend | J | T | Buy | 05/23/17 | J | | |
| 25. | | | | | Sold (part) | 11/08/17 | J | A | |
| 26. -BALL CORP | A | Dividend | J | T | Buy | 06/26/17 | J | | |
| 27. -BIOGEN INC | | None | J | T | Buy | 05/01/17 | J | | |
| 28. | | | | | Buy (add'l) | 06/16/17 | J | | |
| 29. | | | | | Sold (part) | 10/04/17 | J | | |
| 30. -BIOMARIN PHARMACEUTICAL INC | | None | J | T | Buy (add'l) | 06/02/17 | J | | |
| 31. -BLACKROCK INC | A | Dividend | J | T | Sold (part) | 06/13/17 | J | B | |
| 32. -BRISTOL-MYERS SQUIBB CO | A | Dividend | J | T | Sold (part) | 04/07/17 | J | A | |
| 33. -CERNER CORP | | None | | | Sold (part) | 01/11/17 | J | | |
| 34. | | | | | Sold | 05/01/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -DAVITA INC | | None | K | T | Buy | 05/01/17 | J | | |
| 36. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 37. | | | | | Buy (add'l) | 09/20/17 | J | | |
| 38. | | | | | Buy (add'l) | 10/27/17 | J | | |
| 39.  -DIAGEO PLC | A | Dividend | J | T | Sold (part) | 11/08/17 | J | A | |
| 40.  -DIAMOND OFFSHORE DRILLING | | None | J | T | Buy | 10/12/17 | J | | |
| 41.  -ELECTRONIC ARTS | | None | J | T | Sold (part) | 01/06/17 | J | C | |
| 42. | | | | | Sold (part) | 01/30/17 | J | C | |
| 43.  -ENSCO PLC CL A | A | Dividend | J | T | Buy | 11/13/17 | J | | |
| 44.  -EQUIFAX INC | A | Dividend | J | T | Buy | 10/04/17 | J | | |
| 45.  -EURONET WORLDWIDE INC | | None | J | T | Buy | 12/15/17 | J | | |
| 46.  -EXPRESS SCRIPTS HOLDING CO | | None | J | T | Sold (part) | 10/26/17 | J | | |
| 47.  -FACEBOOK INC-A | | None | K | T | Buy (add'l) | 03/02/17 | J | | |
| 48. | | | | | Sold (part) | 05/04/17 | J | B | |
| 49.  -FEDEX CORP | A | Dividend | J | T | Buy | 05/01/17 | J | | |
| 50. | | | | | Buy (add'l) | 06/16/17 | J | | |
| 51.  -FIRST QUANTUM MINERALS LTD | A | Dividend | J | T | Buy | 05/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | | Sold (part) | 11/07/17 | J | A | |
| 53. | -FLOWSERVE CORP | A | Dividend | | | Sold | 01/27/17 | J | A | |
| 54. | -FREEPORT MCMORAN INC | | None | | | Buy | 01/19/17 | J | | |
| 55. | | | | | | Sold | 10/10/17 | J | | |
| 56. | -GENESEE & WYOMING INC CL A | | None | J | T | Buy | 09/08/17 | J | | |
| 57. | -INCYTE CORP | | None | J | T | Buy | 09/28/17 | J | | |
| 58. | -KINGFISHER PLC | A | Dividend | | | Sold | 07/17/17 | J | | |
| 59. | -LIBERTY GLOBAL PLC A | | None | | | Sold (part) | 05/30/17 | J | | |
| 60. | | | | | | Sold (part) | 06/12/17 | J | | |
| 61. | | | | | | Sold | 07/07/17 | J | A | |
| 62. | -LULULEMON ATHLETICA INC | | None | J | T | Sold (part) | 11/07/17 | J | | |
| 63. | -LUNDIN MINING CORP | A | Dividend | J | T | Buy | 05/19/17 | J | | |
| 64. | | | | | | Sold (part) | 11/07/17 | J | A | |
| 65. | -M&N DYNAMIC OPPORTUNITIES SR CL S SHARES | | None | | | Sold (part) | 02/08/17 | J | | |
| 66. | | | | | | Sold | 04/19/17 | K | A | |
| 67. | -MANNING & NAPIER FUND INC EMERGING MARKETS SERIES | A | Dividend | | | Sold | 11/13/17 | J | | |
| 68. | -MANNING & NAPIER FUND INC HIGH YIELD BOND SERIES | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -MANNING & NAPIER INTERNATIONAL SERIES FUND | A | Dividend | K | T | | | | | |
| 70. -MANNING & NAPIER FUND INC NEW YORK TAX EXEMPT SERIES FUND | B | Dividend | M | T | | | | | |
| 71. -MANNING & NAPIER FUND INC REAL ESTATE SERIES | A | Dividend | K | T | | | | | |
| 72. -MANNING & NAPIER FUND INC WORLD OPPORTUNITIES SERIES FUND | A | Dividend | K | T | | | | | |
| 73. -MANNING & NAPIER GL FI S | | None | K | T | | | | | |
| 74. -MASTERCARD INC CL A | A | Dividend | J | T | Sold (part) | 05/31/17 | J | C | |
| 75. | | | | | Sold (part) | 11/07/17 | J | A | |
| 76. -MEDTRONIC PLC | A | Dividend | J | T | | | | | |
| 77. -MICROSOFT CORP | A | Dividend | J | T | Sold (part) | 06/09/17 | J | A | |
| 78. | | | | | Sold (part) | 11/07/17 | J | A | |
| 79. -MONSANTO CO NEW COM | A | Dividend | | | Sold (part) | 04/03/17 | J | A | |
| 80. | | | | | Sold | 10/10/17 | J | A | |
| 81. -NIELSEN HOLDINGS PLC | A | Dividend | J | T | Buy (add'l) | 05/02/17 | J | | |
| 82. -NOVARTIS AG NAMEN SPON ADR | A | Dividend | J | T | Buy (add'l) | 05/01/17 | J | | |
| 83. -OCEANEERING INTL | | None | | | Buy | 10/11/17 | J | | |
| 84. | | | | | Sold | 11/14/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 85. -PAYPAL HOLDINGS INC | | None | | | Sold | 04/24/17 | J | B | |
| 86. -PRICELINE GROUP INC/THE | | None | K | T | | | | | |
| 87. -QORVO INC | | None | J | T | Buy | 05/23/17 | J | | |
| 88. | | | | | Buy (add'l) | 07/11/17 | J | | |
| 89. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 90. | | | | | Buy (add'l) | 12/06/17 | J | | |
| 91. -RANGE RES CORP COM | | None | | | Sold (part) | 01/06/17 | J | A | |
| 92. | | | | | Sold | 02/23/17 | J | A | |
| 93. -REGENERON PHARMACEUTICALS | | None | J | T | Buy (add'l) | 10/04/17 | J | | |
| 94. | | | | | Sold (part) | 06/01/17 | J | A | |
| 95. -SAFRAN SA | | None | | | Sold | 01/30/17 | J | A | |
| 96. -SALESFORCE.COM INC | | None | | | Sold | 09/18/17 | J | B | |
| 97. -SCHLUMBERGER LTD | A | Dividend | J | T | | | | | |
| 98. -SEALED AIR CORP | A | Dividend | J | T | Buy | 06/27/17 | J | | |
| 99. -SEATTLE GENETICS INC | | None | J | T | Buy | 07/17/17 | J | | |
| 100. | | | | | Sold (part) | 11/07/17 | J | A | |
| 101. -SERVICENOW INC | | None | K | T | Sold (part) | 02/06/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | | | | Sold (part) | 07/25/17 | J | B | |
| 103. | | | | | Buy (add'l) | 08/24/17 | J | | |
| 104. -SOUTHERN COPPER CORP | A | Dividend | J | T | Buy | 01/27/17 | J | | |
| 105. | | | | | Sold (part) | 11/07/17 | J | A | |
| 106. -SKYWORKS SOLUTIONS INC | A | Dividend | J | T | Sold (part) | 02/07/17 | J | B | |
| 107. | | | | | Buy (add'l) | 07/11/17 | J | | |
| 108. -TENCENT HOLDINGS LTD | A | Dividend | J | T | Buy | 04/28/17 | J | | |
| 109. | | | | | Sold (part) | 11/08/17 | J | B | |
| 110. | | | | | Sold (part) | 11/10/17 | J | B | |
| 111. -TEXAS INSTRUMENTS INC | | None | J | T | Buy | 11/2/17 | J | | |
| 112. -TIME WARNER INC | | None | | | Sold (part) | 01/06/17 | J | B | |
| 113. | | | | | Sold | 01/23/17 | J | B | |
| 114. -TRANSOCEAN LTD | | None | J | T | Buy | 10/11/17 | J | | |
| 115. | | | | | Buy (add'l) | 11/13/17 | J | | |
| 116. -TRIBUNE COMPANY NEW | B | Dividend | | | Sold | 03/06/17 | J | | |
| 117. -TSY INFL IX N/B 0.125% 04/15/2018 | A | Interest | J | T | | | | | |
| 118. -TSY INFL IX N/B 0.625% 02/15/2043 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. -TSY INFL IX N/B 1.125% 01/15/2021 | A | Interest | J | T | | | | | |
| 120. -US TREASURY INFL IX N/B 0.125% 01/15/2022 | A | Interest | J | T | | | | | |
| 121. -TWENTY FIRST CENTURY FOX INC | A | Dividend | | | Sold (part) | 10/06/17 | J | | |
| 122. | | | | | Sold | 10/12/17 | J | A | |
| 123. -UNILEVER PLC ADR AMER SHS SPON | A | Dividend | J | T | | | | | |
| 124. -US TREASURY BOND 2.50% 02/15/2045 | A | Interest | J | T | | | | | |
| 125. -US TREASURY BOND 4.75% 02/15/2037 | A | Interest | J | T | | | | | |
| 126. -US TREASURY BOND 6.25% 05/15/2030 | A | Interest | J | T | | | | | |
| 127. -US TREASURY NOTE 1.625% 04/30/2023 | A | Interest | L | T | Buy | 04/28/17 | K | | |
| 128. | | | | | Buy (add'l) | 05/03/17 | K | | |
| 129. | | | | | Buy (add'l) | 08/01/17 | K | | |
| 130. | | | | | Buy (add'l) | 11/30/17 | K | | |
| 131. -US TREASURY NOTE 2.375% 05/15/2027 | A | Interest | K | T | Buy | 10/02/17 | K | | |
| 132. -US TREASURY NOTE 1.75% 04/30/2022 | A | Interest | | | Buy | 01/31/17 | K | | |
| 133. | | | | | Buy (add'l) | 02/28/17 | K | | |
| 134. | | | | | Buy (add'l) | 03/31/17 | J | | |
| 135. | | | | | Sold (part) | 07/07/17 | L | A | |

| | | |
|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 |
| | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. | | | | | Sold | 09/28/17 | J | A | |
| 137. -VALVOLINE INC (SPINOFF FROM ASHLAND GLOBAL HOLDINGS) | | None | | | Spinoff (from line 22) | 05/05/17 | J | | |
| 138. | | | | | Sold (part) | 05/19/17 | J | A | |
| 139. | | | | | Sold | 05/31/17 | J | A | |
| 140. -VERTEX PHARMACEUTICALS INC | | None | J | T | Sold (part) | 07/18/17 | J | B | |
| 141. -VISA INC CL A | A | Dividend | J | T | Sold (part) | 11/07/17 | J | B | |
| 142. -WEYERHAEUSER CO REITS | A | Dividend | J | T | Sold (part) | 11/07/17 | J | A | |
| 143. -YUM BRANDS INC | | None | | | Sold | 01/06/17 | J | A | |
| 144. -YUM CHINA HOLDINGS INC | | None | | | Sold | 04/11/17 | J | A | |
| 145. -ZAYO GROUP HOLDINGS INC | | None | J | T | Buy | 01/11/17 | J | | |
| 146. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stewart, Daniel J. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Investments and Trusts

1. The 2016 report included "Thrift Savings Plan - Lifecycle Funds L2030 (x)" on line 8. This is not included on the 2017 Report as Federal Thrift Savings Plans are not required to be reported.

2. Line 3, Amerian Bar Association IRA was fully distributed into a Federal Thrift Savings Plan. As such no gain is reported.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Daniel J. Stewart**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544